UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA,            :

                 Plaintiff,        :

                             :                26 Civ. 2530 (JPC)

       -v-                     :

                             :                 <u>ORDER</u>

$1,993,880 IN UNITED STATES CURRENCY,    :

                Defendant-in-Rem.    :

                             :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Complaint in this matter was filed on March 27, 2026.  Dkt. 1.  The Government

shall file a letter describing the status of this action and anticipated next steps by April 20, 2026.

        SO ORDERED.

Dated: April 13, 2026
        New York, New York                   _____
                                           JOHN P. CRONAN
                                    United States District Judge