UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

$1,993,880 IN UNITED STATES CURRENCY

Defendant-*in-rem*.

<u>JUDGMENT OF FORFEITURE</u>

26 Civ. 2530 (JPC)

WHEREAS, on or about March 27, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of $1,993,880 in United States currency (the "Defendant-*in-rem*") by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), because there is probable cause to believe that the Defendant-*in-rem* constitutes proceeds traceable to securities fraud;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 1, 2026, through April 30, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of

forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
July 6, 2026

The Clerk of Court is respectfully directed to enter judgment and terminate the case.

SO ORDERED:

HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE